## DISPENSARY COMMISSIONERS OF WEDOWEE V. STATE EX REL. GRANT, ET AL.

*Quo Warranto.*

(Decided May 30, 1907.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for either party.

Per curiam.—Affirmed on certificate.

---

## DREYFUS V. CITY COUNCIL OF MONTGOMERY.

*Violating Municipal Ordinance.*

(Decided July 2, 1907.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

STEINER, CRUM & WEIL, for appellant.

C. P. McINTYRE, for appellee.

Opinion by McCLELLAN, J.

Affirmed.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## DUNCAN V. THE STATE.

*Assault and Battery.*

(Decided May 15, 1907.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by HARALSON, J.

Affirmed.

TYSON, C. J., SIMPSON and DENSON, JJ., concur.